IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JULIE BLANCHARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-cv-00647-JPG-PMF |
| ) | |
| NORTH AMERICAN CREDIT ) | |
| SERVICES, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant North American Credit Services' ("NACS") Motion (Doc. 19) to Dismiss Plaintiff's Amended Complaint (Doc. 14) pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff filed a timely Response (Doc. 25).

However, when reviewing the documents pertaining to this analysis, the Court became aware of two issues with regard to the Plaintiff's amended complaint (Doc. 14). First, the Plaintiff's amended complaint fails to comply with Local Rule 15.1 which requires that, "[a]ll new material in an amended pleading must be underlined." Next, the Plaintiff's amended complaint, the Defendant's Motion to Dismiss, and the Plaintiff's Response to the Motion to Dismiss all reference "Exhibit A." However, there is no "Exhibit A." There is no attachment to plaintiff's amended complaint and a complete review of all the filings in this matter does not reveal an "Exhibit A." It appears that "Exhibit A" has been provided to the defendant[1], but has not been filed with this Court. As such, the Court cannot consider "Exhibit A" in its analysis of the defendant's motion to dismiss.

---

[1] Defendant states in its motion that "Exhibit A does not include an envelope," but there is no indication of the manner in which the defendant received Exhibit A. The Court is assuming that the Exhibit A referenced in plaintiff's pleading is the same Exhibit A referenced in the defendant's motion.

Therefore, the Plaintiff's Amended Complaint (Doc. 14) is **DISMISSED** by the Court *sua sponte* for failure to comply with Local Rule 15.1. The Plaintiff is **GRANTED 30 days** from the date of this order to file a second amended complaint that complies with Local Rule 15.1. Further, the second amended complaint should either attach Exhibit A or remove all references to Exhibit A. Defendant's Motion to Dismiss (Doc. 19) is **DENIED** as moot, but the Plaintiff is encouraged to note the pleading defects raised in the defendant's motion and take any corrective action deemed appropriate prior to filing an amended pleading.

**IT IS SO ORDERED.**

**DATED:** 3/29/2016

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**