IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JULIE BLANCHARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-cv-00647-JPG-RJD |
| ) | |
| NORTH AMERICAN ) | |
| CREDIT SERVICES, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court *sua sponte*. Due to the untimely death of plaintiff's counsel, the Court issued an order granting the plaintiff 90 days for new counsel to enter an appearance or for the plaintiff to indicate that she would precede *pro se* in this matter. Further, counsel and/or plaintiff was required to file a third amended complaint within 90 days. (Doc. 29). Plaintiff has failed to take any action.

Therefore, this matter is **DISMISSED** without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995). The Clerk of Court is **DIRECTED** to enter judgment according.

**IT IS SO ORDERED.**

DATED: 9/21/2016            *s/J. Phil Gilbert*
                            **J. PHIL GILBERT**
                            **DISTRICT JUDGE**