UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JULIE BLANCHARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 15-cv-00647-JPG-RJD |
| | ) |
| NORTH AMERICAN | ) |
| CREDIT SERVICES, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY **ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice and that judgment is entered in favor of defendant **North American Credit Services** and against plaintiff **Julie Blanchard**.


**DATED:**  9/21/2016           **JUSTINE FLANAGAN,**
                                **Acting Clerk of Court**


                                *s/Tina Gray*__**, Deputy Clerk**__


**Approved:**     *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**